IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-02634-WYD-PAC

ALAN A. ZELCER, M.D.,

    Plaintiff(s),

v.

THE VILLAGE AT BRECKENRIDGE ACQUISITION CORPORATION, INC., a Tennessee corporation;
THE VAIL CORPORATION, a Colorado corporation;
VAIL RESORTS, INC., a Delaware corporation; and
VAIL SUMMIT RESORTS, INC., a Colorado corporation
all doing business as VAIL RESORTS MANAGEMENT COMPANY,

    Defendant(s).

## ORDER OF DISMISSAL

    THIS MATTER is before the Court on the parties' Stipulated Motion for Order of Dismissal With Prejudice, filed November 16, 2005 ("Motion").  After review of the Motion and the file, the Court concludes that the Motion should be granted and this case should be dismissed with prejudice.  Accordingly, it is

    ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorneys' fees.

    Dated:  November 17, 2005

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge